September 25, 2012



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

NORTHERN NATURAL GAS COMPANY, Appellant

NO. 14-11-00539-CV                                    V.

ONEOK BUSHTON PROCESSING, INC., ONEOK FIELD SERVICES COMPANY, LLC AND ONEOK, INC., Appellees

_____

This cause, an appeal from the judgment in favor of APPELLEES signed, June 15, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that APPELLEES shall pay all costs of this appeal.

We further order this decision certified below for observance.